```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 21601
    CARTER OWENS
    RETHA OWENS                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-2936    SSN XXX-XX-0871

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/04/2004 and was confirmed 08/26/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  39.96% from remaining funds.

    The case was paid in full 12/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             4811.18           .00       4811.18
HOUSEHOLD FINANCIAL SERV   CURRENT MORTG         .00             .00           .00
HOUSEHOLD FINANCIAL SERV   CURRENT MORTG         .00             .00           .00
STATE FARM                 SECURED             1065.54        245.93       1065.54
LVNV FUNDING LLC           UNSECURED           1462.32           .00        584.30
BANK ONE BANK CARD SERVI   UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK           FILED LATE         3236.80            .00           .00
CAPITAL ONE BANK           UNSECURED           687.13            .00        274.57
DISCOVER FINANCIAL SERVI   UNSECURED          8410.59            .00       3360.62
JC PENNEY                  UNSECURED         NOT FILED           .00           .00
MERCHANTS CREDIT GUIDE C   UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED           722.06            .00        288.51
ECAST SETTLEMENT CORP      UNSECURED          1643.59            .00        656.75
RESURGENT ACQUISITION LL   UNSECURED          5795.07            .00       2315.59
US BANK                    UNSECURED          2784.85            .00       1112.77
WESTLAKE COMMUNITY HOSPI   UNSECURED         NOT FILED           .00           .00
BANK OF AMERICA NA         UNSECURED             .00             .00           .00
HOUSEHOLD FINANCIAL SERV   NOTICE ONLY      NOT FILED           .00           .00
HOUSEHOLD FINANCIAL SERV   MORTGAGE ARRE      748.25            .00         748.25
ROUNDUP FUNDING LLC        UNSECURED         12892.99           .00        5151.65
HOUSEHOLD FINANCIAL SERV   MORTGAGE ARRE      176.76            .00         176.76
VERIZON WIRELESS           UNSECURED           330.75           .00         132.15
VERIZON WIRELESS           UNSECURED           428.97           .00         171.41
BENNIE W FERNANDEZ         DEBTOR ATTY       2,194.00                     2,194.00
TOM VAUGHN                 TRUSTEE                                        1,447.42
DEBTOR REFUND              REFUND                                           412.29

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    25,149.69

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 21601 CARTER OWENS & RETHA OWENS
```

```
PRIORITY                                                          .00
SECURED                                                      6,801.73
     INTEREST                                                  245.93
UNSECURED                                                   14,048.32
ADMINISTRATIVE                                               2,194.00
TRUSTEE COMPENSATION                                         1,447.42
DEBTOR REFUND                                                  412.29
                                      ---------------   ---------------
TOTALS                                     25,149.69         25,149.69
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 03/27/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 21601 CARTER OWENS & RETHA OWENS